[No. 6339-9-III. Division Three. April 29, 1986.]

SARANAK CHHUTH, as *Administrator*, ET AL, *Appellants*, v. SONDRA MICHELLE GEORGE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 27317, Duane E. Taber, J., entered January 23, 1984. *Reversed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J. Now published at 43 Wn. App. 640.

[No. 7259-2-III. Division Three. April 29, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR LOUIS PESTRIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84-1-00214-1, Thomas E. Merryman, J., entered July 6, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J. Now published at 43 Wn. App. 705.

[No. 6482-4-III. Division Three. April 29, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. THEARTIS MILES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 83-1-00144-1, Richard G. Patrick, J., entered October 25, 1983. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.